IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES M. SCHMIDT,<br>ROBERT M. SCHMIDT,<br><br>   Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, NA,<br>CALIFORNIA RECONVEYANCE<br>COMPANY,<br><br>   Defendants._____/ | No. C 12-02762 RS<br><br>**RECUSAL ORDER** |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 7/3/12

                                                     
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE