**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   JAMES M. SCHMIDT ET AL.,                    No. CV 12-2762 CRB

12            Plaintiffs,

13       v.                                **ORDER DISMISSING FOR LACK OF**
                                           **SUBJECT MATTER JURISDICTION**
14   JP MORGAN CHASE BANK, N.A. ET AL.,

15            Defendants.
     _____/
16

17

18          The Court previously ordered Plaintiffs to show the basis of this Court's subject matter

19   jurisdiction over this lawsuit.  See dkt. 28.  Plaintiffs have not responded to the Court's order.

20   Plaintiffs' Complaint invoked diversity jurisdiction, 28 U.S.C. § 1332(a)(1), which requires

21   complete diversity of the parties, e.g., Carden v. Arkoma Assocs., 494 U.S. 185, 187 (1990),

22   and the complaint alleged no causes of action arising under federal law.

23          Plaintiffs allege they are California residents, Compl. ¶ 3, and the Deed of Trust

24   attached to their complaint identifies Defendant California Reconveyance Company (CRC)

25   as a California corporation. Compl. at 8.  CRC has since represented to the Court that it is

26   indeed a California corporation.  See dkt. 32 at 1; dkt. 31 at 1.

27          Plaintiffs have the burden of establishing complete diversity of citizenship, see

28   Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 377 (1994), and they have not met that

burden.  A district court may *sua sponte* dismiss an action over which it lacks subject matter jurisdiction.  Franklin v. State or Or., State Welfare Div., 662 F.2d 1337, 1342 (9th Cir. 1981).  Accordingly, this action is DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated:  September 28, 2012

CHARLES R. BREYER
United States District Judge